UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-20112-Civ-COOKE/GOODMAN

ANGELA LOPEZ,

    Plaintiff,

vs.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.

_____/

## ORDER GRANTING MOTION TO DISMISS AND ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Defendant's Motion to Dismiss (ECF No. 13) and the Report and Recommendation on Motion For Entitlement to Fees and Costs (ECF No. 22).

On June 24, 2020, the Court granted Defendant's Motion to Abate All Proceedings Pending Completion of Appraisal (ECF No. 4). *See* ECF No. 12. On February 4, 2021, Defendant notified this Court that the appraisal was complete, and that it had tendered to Plaintiff's counsel the full amount owed following appraisal. Consequently, Defendant, stated, the action should be dismissed with prejudice. Plaintiff's Counsel, in a late response, did not meaningful disagree that the action should be dismissed with prejudice. Instead, Plaintiff's Counsel asked that the motion be denied until the Court rules on a pending motion for entitlement to fees. Plaintiff's Motion for entitlement to fees and costs was referred to United States Magistrate Judge Jonathan Goodman for a Report and Recommendation, which was issued on November 17, 2021.

In his Report, Judge Goodman recommends that the Court **GRANT** Plaintiff's Motion. Judge Goodman also recommends ordering Plaintiff's counsel to submit a fee and cost motion in compliance with the Local. Neither party objected to Judge Goodman's Report and the time to do so has passed.

Upon review of the Motion to dismiss, the Motion for entitlement to fees and costs, and Judge Goodman's Report, the Court orders as follows:

Defendant's Motion to dismiss (ECF No. 13) is **GRANTED** only to the extent it seeks dismissal of the action as a result of a complete appraisal process. Accordingly, this action is **DISMISSED**. Further, Judge Goodman's Report (ECF No. 22) is adopted as the Order of this Court, and Plaintiff's Motion for entitlement to fees and costs (ECF No. 16) is **GRANTED**. Plaintiff must submit a fee and cost motion in compliance with the Local Rules within thirty days of the date of this Order. The Clerk is directed to **CLOSE** this case. All other pending motions are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 14th day of December 2021.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*