UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20112-COOKE/GOODMAN

ANGELA LOPEZ,

    Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

THIS MATTER is before me on the Report and Recommendation ("R&R") of the Honorable Jonathan Goodman, U.S. Magistrate Judge (ECF No. 29) regarding Plaintiff, Angela Lopez's Motion for Attorney's Fees and Costs (ECF No. 25). In his R&R, Judge Goodman recommends that I grant the motion in part and award Plaintiff $2,833.50 in attorneys' fees and $411 in costs. *See* ECF No. 29 at 16, 18 (specifying relief to be granted). The parties have not filed objections to the R&R, and the time to do so has passed.

I have reviewed Plaintiff's motion, the briefing and accompanying exhibits, Judge Goodman's R&R, the record, and the relevant legal authorities. Having done so, I find Judge Goodman's R&R to be clear, cogent, and compelling.

Accordingly, Judge Goodman's R&R is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that the motion is **GRANTED** *in part* as set forth in the R&R. Plaintiff is therefore awarded $2,833.50 in attorneys' fees and $441 in costs for a total award of $3,244.50 in fees and costs.

**DONE and ORDERED** in chambers, at Miami, Florida, this 13th day of June 2022.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

1

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*